Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

SEAN BOHAC, on behalf of himself and all others similarlv situated.
Plaintiff(s),

v.

GENERAL MILLS, INC.,

Defendant(s).

Case No: C12-5280-MEJ

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Yvette Golan, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: Sean Bohac in the above-entitled action. My local co-counsel in this case is Michael R. Reese, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1919 Decatur St.<br>Houston,TX 77007 | 875 Avenue of the Americas, 18th Floor<br>New York, NY 10001 |
| MY TELEPHONE # OF RECORD:<br>866-298-4150 ext. 101 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>212-643-0500 |
| MY EMAIL ADDRESS OF RECORD:<br>ygolan@tgfirm.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>mreese@reeserichman.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24053229.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: October 17, 2012

APPLICANT

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Yvette Golan is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 22, 2012

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
Judge Maria-Elena James

~~UNITED STATES DISTRICT~~/MAGISTRATE JUDGE