| | |
|---|---|
| 1 | David T. Biderman, Bar No. 101577 |
| | DBiderman@perkinscoie.com |
| 2 | PERKINS COIE LLP |
| | Four Embarcadero Center, Suite 2400 |
| 3 | San Francisco, CA 94111-4131 |
| | Telephone: 415.344.7000 |
| 4 | Facsimile: 415.344.7050 |
| 5 | SUSAN FAHRINGER, Bar No.162978 |
| | SFahringer@perkinscoie.com |
| 6 | CHARLES C. SIPOS (*Pro Hac Vice*) |
| | CSipos@perkinscoie.com |
| 7 | BREENA M. ROOS (*Pro Hac Vice*) |
| | BRoos@perkinscoie.com |
| 8 | PERKINS COIE LLP |
| | 1201 Third Avenue, 40th Floor |
| 9 | Seattle, WA 98101-3099 |
| | Telephone: 206-359-8000 |
| 10 | Facsimile: 206-359-9000 |
| 11 | Attorneys for Defendant General Mills, Inc. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 16 | SEAN BOHAC, on behalf of himself and all others similarly situated, | Case No. C12-05280 JSW |
| 17 | Plaintiff, | [~~PROPOSED~~] ORDER REGARDING JOINT PROPOSED BRIEFING SCHEDULE FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT |
| 18 | v. | |
| 19 | GENERAL MILLS, INC., | |
| 20 | Defendant. | |

**[~~PROPOSED~~] ORDER**

Pursuant to the stipulation of the parties dated December 18, 2012, and good cause appearing, the Court hereby orders as follows:

1. Defendant General Mills, Inc. ("General Mills") shall answer or otherwise respond to Plaintiffs' Complaint no later than January 25, 2013.

2. To the extent that General Mills responds to Plaintiff's Complaint via motion to dismiss, Plaintiff's opposition to such motion shall be filed no later than February

1  22, 2013.

2  3. Any reply in support of the motion shall be filed by General Mills on March 8,

3  2013.

4  4. The Case Management Conference currently set for February 8, 2013 (Dkt.

5  No. 16) shall be re-scheduled for a date occurring after the Court rules on any

6  motion to dismiss filed by General Mills.

7  **IT IS SO ORDERED.**

8

9  DATED: January 18, 2013, ~~2012~~

_/s/ Jeffrey S. White_

10  Hon. Jeffrey S. White
United States District Judge