David T. Biderman, Bar No. 101577
DBiderman@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7000
Facsimile: 415.344.7050

SUSAN FAHRINGER, Bar No.162978
SFahringer@perkinscoie.com
CHARLES C. SIPOS (*Pro Hac Vice*)
CSipos@perkinscoie.com
BREENA M. ROOS (*Pro Hac Vice*)
BRoos@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, 40th Floor
Seattle, WA 98101-3099
Telephone: 206-359-8000
Facsimile: 206-359-9000

Attorneys for Defendant General Mills, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN BOHAC, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MILLS, INC.,<br><br>Defendant. | Case No. C12-05280 JSW<br><br>[~~PROPOSED~~] ORDER REGARDING JOINT PROPOSED BRIEFING SCHEDULE FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT |

**[~~PROPOSED~~] ORDER**

Pursuant to the stipulation of the parties dated January 24, 2013, and good cause appearing, the Court hereby orders as follows:

1. On January 14, 2013, Plaintiff filed a Motion for Intervention as Plaintiff (the "Intervention Motion") in *Janney et al. v. General Mills et al.*, Case No. C12-3919 PJH, currently pending in this District.

2. If the Intervention Motion is granted, Plaintiff shall dismiss his complaint without

prejudice within 14 days after the Court grants the Intervention Motion.

3. If the Intervention Motion is denied, the Court sets the following briefing schedule for General Mills to answer or otherwise respond to Plaintiff's Complaint.

    a. General Mills shall answer or otherwise respond to Plaintiff's Complaint no later than 14 days after the Court denies the Intervention Motion.

    b. To the extent that General Mills responds to Plaintiff's Complaint via motion to dismiss, Plaintiff's opposition to such motion shall be filed no later than 28 days after the motion to dismiss is filed.

    c. Any reply in support of the motion shall be filed by General Mills no later than 14 days after Plaintiff files his opposition.

    d. The Case Management Conference shall be scheduled after the Court rules on any motion to dismiss filed by General Mills.

**IT IS SO ORDERED.**

DATED: January 25, 2013

Hon. Jeffrey S. White
United States District Judge