1  **REESE RICHMAN LLP**
   Michael R. Reese (State Bar No. 206773)
2  875 Avenue of the Americas, 18th Floor
   New York, New York 10001
3  Telephone:    (212) 643-0500
   Facsimile:    (212) 253-4272
4

5  **THE GOLAN FIRM**
   Yvette Golan
6  1919 Decatur St.
   Houston, Texas 77007
7  Telephone:    (866) 298-4150, ext. 101
   Facsimile:    (928) 441-8250
8

9  *Counsel for Plaintiffs and the Proposed Classes*

10

11

12

13

14

15

16

17

18                    **UNITED STATES DISTRICT COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
19

20  SEAN BOHAC, on behalf of himself and all          Case No. 12-cv-05280-JSW
    others similarly situated,
21                                                     **JOINT STIPULATION AND**
                                    Plaintiff,         **[PROPOSED] ORDER**
22                                                     **TO STAY ACTION**
                        v.
23
    GENERAL MILLS, INC.,
24
                                    Defendant.
25

26

27

28

1    Plaintiff Sean Bohac ("Plaintiff") and defendant General Mills, Inc. ("Defendant")

2  (collectively the "Parties") hereby stipulate and agree to the following:

3    WHEREAS, the case of *Janney et al. v. General Mills, Inc.*, Case No. 12-cv-3919 PJH,

4  currently pending in this District, contains similar claims as the above-captioned action.

5    WHEREAS, the *Janney* matter was filed prior to the filing of the above-captioned action;

6    WHEREAS, Defendant has filed a motion to dismiss in the *Janney* action, to which the

7  plaintiffs in *Janney* have filed an opposition;

8    WHEREAS, the court in the *Janney* matter has entered an order postponing the Initial

9  Case Management Conference in that case until after a ruling on the motion to dismiss; and

10    WHEREAS, the Parties want to promote judicial economy and efficiency and believe

11  that those interests would be undermined for briefing to occur in the above-captioned action that

12  is already occurring in the *Janney* action and would repeat the arguments made in *Janney*:

13    The Parties hereby agree and stipulate, pursuant to permission of the Court, to the

14  following:

15    The above-captioned action, *Bohac v. General Mills, Inc.,* Case
       No. 12-cv-3919 PJH, is hereby stayed during the pendency of the
16     motion to dismiss briefing in the *Janney* matter; and,

17    If any discovery occurs in the *Janney* matter during the pendency
       of the motion to dismiss, counsel for *Bohac* shall also be allowed
18     to engage in that discovery.

19

20    STIPULATED AND AGREED TO BY:

21    **REESE RICHMAN LLP**          **PERKINS COIE LLP**

22    */s/ Michael R. Reese*         */s/ Charles C. Sipos*
       MICHAEL R. REESE (206773)     CHARLES C. SIPOS (Pro Hac Vice)
23     mreese@reeserichman.com       CSipos@perkinscoie.com
       875 Avenue of the Americas, 18th Floor    BREENA M. ROOS (Pro Hac Vice)
24     New York, New York 10001      BRoos@perkinscoie.com
                                     1201 Third Avenue, 40th Floor
25                                   Seattle, Washington 98101-3099

26

27    *Counsel for Plaintiff*         *Counsel for Defendant*

28  STIPULATION AND [PROPOSED] ORDER STAYING THE ACTON
    CASE NO. 12-CV-05280-JSW

1

# [PROPOSED] ORDER

2        For the reasons stated in the Parties' stipulation, and for good cause shown, the above-

3   captioned matter is hereby stayed during the pendency of the motion to dismiss pending in the

4   matter of *Janney v. General Mills, Inc.*, Case No. 12-cv-3919 PJH, currently pending in this

5   District.  Counsel for plaintiff Bohac shall be allowed to participate in any discovery that is

6   conducted in the *Janney* action that may occur during the pendency of the motion to dismiss in

7   the *Janney* action.

8

9   **SO ORDERED**.

10

Dated: March __, 2013

11                                                    _____

                                                      HON. JEFFREY S. WHITE
12                                                    UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER STAYING THE ACTON
CASE NO. 12-CV-05280-JSW