**REESE RICHMAN LLP**
Michael R. Reese (State Bar No. 206773)
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Telephone:   (212) 643-0500
Facsimile:    (212) 253-4272

**THE GOLAN FIRM**
Yvette Golan
1919 Decatur St.
Houston, Texas 77007
Telephone:   (866) 298-4150, ext. 101
Facsimile:    (928) 441-8250

*Counsel for Plaintiffs and the Proposed Classes*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN BOHAC, on behalf of himself and all others similarly situated,<br><br>                              Plaintiff,<br><br>        v.<br><br>GENERAL MILLS, INC.,<br><br>                              Defendant. | Case No. 12-cv-05280-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY ACTION** |

Plaintiff Sean Bohac ("Plaintiff") and defendant General Mills, Inc. ("Defendant") (collectively the "Parties") hereby stipulate and agree to the following:

WHEREAS, the case of *Janney et al. v. General Mills, Inc.*, Case No. 12-cv-3919 PJH, currently pending in this District, contains similar claims as the above-captioned action.

WHEREAS, the *Janney* matter was filed prior to the filing of the above-captioned action;

WHEREAS, Defendant has filed a motion to dismiss in the *Janney* action, to which the plaintiffs in *Janney* have filed an opposition;

WHEREAS, the court in the *Janney* matter has entered an order postponing the Initial Case Management Conference in that case until after a ruling on the motion to dismiss; and

WHEREAS, the Parties want to promote judicial economy and efficiency and believe that those interests would be undermined for briefing to occur in the above-captioned action that is already occurring in the *Janney* action and would repeat the arguments made in *Janney*:

The Parties hereby agree and stipulate, pursuant to permission of the Court, to the following:

> The above-captioned action, *Bohac v. General Mills, Inc.,* Case No. 12-cv-3919 PJH, is hereby stayed during the pendency of the motion to dismiss briefing in the *Janney* matter; and,
>
> If any discovery occurs in the *Janney* matter during the pendency of the motion to dismiss, counsel for *Bohac* shall also be allowed to engage in that discovery.

STIPULATED AND AGREED TO BY:

| **REESE RICHMAN LLP** | **PERKINS COIE LLP** |
|---|---|
| */s/ Michael R. Reese*<br>MICHAEL R. REESE (206773)<br>mreese@reeserichman.com<br>875 Avenue of the Americas, 18th Floor<br>New York, New York 10001 | */s/ Charles C. Sipos*<br>CHARLES C. SIPOS (Pro Hac Vice)<br>CSipos@perkinscoie.com<br>BREENA M. ROOS (Pro Hac Vice)<br>BRoos@perkinscoie.com<br>1201 Third Avenue, 40th Floor<br>Seattle, Washington 98101-3099 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

STIPULATION AND [PROPOSED] ORDER STAYING THE ACTON
CASE NO. 12-CV-05280-JSW

# [PROPOSED] ORDER

For the reasons stated in the Parties' stipulation, and for good cause shown, the above-captioned matter is hereby stayed during the pendency of the motion to dismiss pending in the matter of *Janney v. General Mills, Inc.*, Case No. 12-cv-3919 PJH, currently pending in this District. Counsel for plaintiff Bohac shall be allowed to participate in any discovery that is conducted in the *Janney* action that may occur during the pendency of the motion to dismiss in the *Janney* action.

**SO ORDERED**.

Dated: March 7, 2013

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER STAYING THE ACTON
CASE NO. 12-CV-05280-JSW