# EXHIBIT 1

Packaging for "100%  Natural" Nature Valley Crunchy Granola Bars: Oats 'n Honey



Packaging for "100%  Natural" Nature Valley Crunchy Granola Bars: Peanut Butter



Packaging for "100%  Natural" Nature Valley Crunchy Granola Bars: Roasted Almond



Packaging for "100%  Natural" Nature Valley Crunchy Granola Bars: Apple Crisp



Packaging for "100%  Natural" Nature Valley Crunchy Granola Bars: Cinnamon



Packaging for "100%  Natural" Nature Valley Crunchy Granola Bars: Maple Brown Sugar



Packaging for "100% Natural" Nature Valley Crunchy Granola Bars: Pecan Crunch



Packaging for "100% Natural" Nature Valley Crunchy Granola Bars: Oats n' Dark Chocolate



Packaging for "100% Natural" Nature Valley Crunchy Granola Bars:
Dark Chocolate Peanut Butter



Packaging for "100% Natural" Nature Valley Sweet & Salty Nut Granola Bars: Almond



Packaging for "100% Natural" Nature Valley Sweet & Salty Nut Granola Bars: Peanut



Packaging for "100% Natural" Nature Valley Sweet & Salty Nut Granola Bars: Cashew



Packaging for "100% Natural" Nature Valley Sweet & Salty Nut Granola Bars:
Roasted Mixed Nut



Packaging for "100% Natural" Nature Valley Sweet & Salty Nut Granola Bars:
Dark Chocolate, Peanut & Almond



Packaging for "100% Natural" Nature Valley Protein Chewy Bars:
Peanut Butter Dark Chocolate



Packaging for "100% Natural" Nature Valley Protein Chewy Bars:
Peanut, Almond & Dark Chocolate



Packaging for "100% Natural" Nature Valley Granola Thins Crispy Squares: Dark Chocolate



Packaging for "100% Natural" Nature Valley Granola Thins Crispy Squares: Peanut Butter



Packaging for "100% Natural" Nature Valley Granola Thins Crispy Squares:
Dark Chocolate Peanut Butter



Packaging for "100% Natural" Nature Valley Chewy Trail Mix Bars: Fruit & Nut



Packaging for "100% Natural" Nature Valley Chewy Trail Mix Bars: Cranberry & Pomegranate



Packaging for "100% Natural" Nature Valley Chewy Trail Mix Bars: Dark Chocolate & Nut



Packaging for "100%  Natural" Nature Valley Chewy Trail Mix Bars: Mixed Berry



Packaging for "100% Natural" Nature Valley Chewy Yogurt Granola Bars: Vanilla



Packaging for "100% Natural" Nature Valley Chewy Yogurt Granola Bars: Strawberry



Packaging for "100% Natural" Nature Valley Crunchy Granola Bars Variety Pack: Cinnamon, Oats n' Honey, and Peanut Butter



Packaging for "100% Natural" Nature Valley Chewy Trail Mix Bars Variety Packs:
Dark Chocolate & Nut and Fruit & Nut



Packaging for "100% Natural" Nature Valley Chewy Trail Mix Bars Variety Pack:
Apple Cinnamon, Fruit & Nut, and Mixed Berry



Packaging for "100% Natural" Nature Valley Chewy Yogurt Granola Bars Variety Pack: Strawberry and Vanilla



Packaging for "100% Natural" Nature Valley Crunchy Granola Bars: Oats 'n Honey





## Nutrition Facts

Serving Size 2 bars (42g)
Servings Per Container 6

| Amount Per Serving | 2 bars | 1 bar |
|---|---|---|
| Calories | 190 | 90 |
| Calories from Fat | 60 | 30 |
| | **% DV*** | **% DV*** |
| Total Fat 6g | 9% | 5% |
| Saturated Fat 0.5g | 3% | 0% |
| Trans Fat 0g | | |
| Cholesterol 0mg | 0% | 0% |
| Sodium 160mg | 7% | 3% |
| Total Carbohydrate 29g | 10% | 5% |
| Dietary Fiber 2g | 8% | 4% |
| Sugars 12g | | |
| Protein 3g | | |

Ingredients: Whole Grain Oats, Sugar, Canola Oil, Yellow Corn Flour, Honey, Soy Flour, Brown Sugar Syrup, Salt, Soy Lecithin, Baking Soda, Natural Flavor.
CONTAINS SOY; MAY CONTAIN PEANUT, ALMOND AND PECAN INGREDIENTS.

DISTRIBUTED BY
GENERAL MILLS SALES, INC.
MINNEAPOLIS, MN 55440 USA
© 2011 General Mills
3202646160

Carbohydrate Choices: 2

# NATURE VALLEY
100% NATURAL

## CRUNCHY
granola bars

## Oats 'n Honey
16g of whole grain*

6 · 1.5 OZ (42g) 2-BAR POUCHES    NET WT 8.9 OZ (252g)

ENLARGED TO SHOW DETAIL

12 BARS

Take a bar with you wherever you go!

BETTER IF USED BY

NATURE VALLEY
granola bars
Oats 'n Honey

NATURE VALLEY
granola bars
Oats 'n Honey

No matter where **the path** takes you...
official natural granola bar of

NATURE VALLEY **is there.**

Quality Guarantee



Packaging for "100% Natural" Nature Valley Crunchy Granola Bars: Dark Chocolate Peanut Butter





## Nutrition Facts

Serving Size 2 bars (42g)
Servings Per Container 6

| Amount Per Serving | 2 bars | 1 bar |
|---|---|---|
| Calories | 190 | 95 |
| Calories from Fat | 70 | 35 |

| | | %DV* | | %DV* |
|---|---|---|---|---|
| Total Fat | 8g | 12% | 4g | 6% |
| Saturated Fat | 1.5g | 7% | 0.5g | 4% |
| Trans Fat | 0g | | 0g | |
| Cholesterol | 0mg | 0% | 0mg | 0% |
| Sodium | 170mg | 7% | 85mg | 4% |
| Total Carbohydrate | 27g | 9% | 14g | 5% |
| Dietary Fiber | 3g | 10% | 1g | 5% |
| Sugars | 12g | | 6g | |
| Protein | 4g | | 2g | |
| Iron | | 4% | | 2% |

Not a significant source of vitamin A, vitamin C and calcium.

*Percent Daily Values (DV) are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

| | Calories | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less Than | 65g | 80g |
| Sat Fat | Less Than | 20g | 25g |
| Cholesterol | Less Than | 300mg | 300mg |
| Sodium | Less Than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

**Ingredients:** Whole Grain Oats, Sugar, Canola Oil, Dark Chocolate Chips (sugar, chocolate liquor, cocoa butter, soy lecithin, natural flavor, salt), Roasted Peanuts, Yellow Corn Flour, Soy Flour, Peanut Butter (peanuts, salt), Brown Sugar Syrup, Honey, Salt, Natural Flavor, Soy Lecithin, Baking Soda. CONTAINS PEANUT, SOY. MAY CONTAIN ALMOND AND PECAN INGREDIENTS.

DIST. BY GENERAL MILLS SALES, INC.
MINNEAPOLIS, MN 55440 USA

UPC 42591

**NATURE VALLEY** ®
100% NATURAL
granola bars

Dark Chocolate Peanut Butter

**CRUNCHY** granola bars

Dark Chocolate Peanut Butter
16g of whole grain*

6 - 1.49 OZ (42g) 2-BAR POUCHES   NET WT 8.94 OZ (253g)

*16g of whole grain per serving. At least 48g recommended daily.

ENLARGED TO SHOW DETAIL

BETTER IF USED BY

Take a bar with you wherever you go!

No matter where **the path** takes you...

official natural granola bar of...

**NATURE VALLEY** ® is there.

12 BARS

Quality Guarantee
We're committed to quality. In fact, we unconditionally guarantee it. If you are not satisfied with the quality of this product, a prompt refund or replacement of equal value will be made. Your comments and questions are welcome. Save the UPC and date information and:
CALL: 1-800-231-0308 7:30 a.m. - 5:30 p.m. CT weekdays
WRITE: General Mills, Box 200, Mpls, MN 55440
visit us online at www.GeneralMills.com

© 2012 General Mills
Carbohydrate Choices: 2
37371140103

12 BARS

