*Bohac v. General Mills*                                                                    Exhibit 2-1



