# BIOGEN

## Laboratory Developments, L.L.C.

P.O. Box 55364 Portland, OR 97238 • 503.705.0666 • Email: nkahl@msn.com

Reese Richman, LLP  
875 Avenue of the Americas, 18th Floor  
New York, New York 10001

Michael R. Reese  
212.643.0500- Phone  
212.253.4272- Fax

## CERTIFICATE OF ANALYSIS

June 6, 2012

For samples received 4-12-12 for the detection of genetically modified organisms (GMO).

**Results:**

| Sample No. | Sample Description | | GMO |
|---|---|---|---|
| 0412001-RR | Nature Valley Crunchy Granola Bars- Oats 'N Honey | | |
| | | 35S | Present |
| | | NOS | Present |

**Notes:**
Test sample was analyzed for the presence of GMO by qualitative PCR analysis. DNA was extracted and analyzed for the presence of the 35S promoter and NOS terminator. No inhibition was observed and soy DNA was detected at reduced levels.

GMO Detection Limit = 0.01%

Approved By:

*[signature]*

Nidal Kahl, Director