**Crunchy: Oats n' Honey**

Ingredients: Whole Grain Oats, Sugar, Canola Oil, Yellow Corn Flour, Honey, Soy Flour, Brown Sugar Syrup, Salt, Soy Lecithin, Baking Soda, Natural Flavor. CONTAINS SOY; MAY CONTAIN PEANUT, ALMOND AND PECAN INGREDIENTS.

DISTRIBUTED BY
GENERAL MILLS SALES, INC.
MINNEAPOLIS, MN 55440 USA
© 2012 General Mills

Carbohydrate Choices: 2

3202646161

**Crunchy: Roasted Almond**

Ingredients: Whole Grain Oats, Sugar, Canola Oil, Almond Pieces, Brown Sugar Syrup, Yellow Corn Flour, Soy Flour, Salt, Soy Lecithin, Baking Soda, Natural Flavor. CONTAINS ALMOND, SOY; MAY CONTAIN PEANUT AND PECAN INGREDIENTS.

DISTRIBUTED BY
GENERAL MILLS SALES, INC.
MINNEAPOLIS, MN 55440 USA
© 2011 General Mills

Carbohydrate Choices: 2

3712892151

**Crunchy: Peanut Butter**

Ingredients: Whole Grain Oats, Sugar, Canola Oil, Peanut Butter (peanuts, salt), Yellow Corn Flour, Brown Sugar Syrup, Soy Flour, Salt, Soy Lecithin, Baking Soda. CONTAINS PEANUT, SOY; MAY CONTAIN ALMOND AND PECAN INGREDIENTS.

DISTRIBUTED BY
GENERAL MILLS SALES, INC.
MINNEAPOLIS, MN 55440 USA
© 2012 General Mills

Carbohydrate Choices: 2

3202647156

**Crunchy: Apple Crisp**

Ingredients: Whole Grain Oats, Sugar, Canola Oil, Yellow Corn Flour, Brown Sugar Syrup, Soy Flour, Dried Apples, Salt, Soy Lecithin, Baking Soda, Cinnamon, Natural Flavor. CONTAINS SOY; MAY CONTAIN PEANUT, ALMOND AND PECAN INGREDIENTS.

DISTRIBUTED BY
GENERAL MILLS SALES, INC.
MINNEAPOLIS, MN 55440 USA
© 2011 General Mills

Carbohydrate Choices: 2

3712957151

*Bohac v. General Mills*           Ex. 4-2

**Crunchy: Cinnamon**

Ingredients: Whole Grain Oats, Sugar, Canola Oil, Yellow Corn Flour, Brown Sugar Syrup, Soy Flour, Salt, Cinnamon, Soy Lecithin, Baking Soda. CONTAINS SOY; MAY CONTAIN PEANUT, ALMOND AND PECAN INGREDIENTS.

DISTRIBUTED BY
GENERAL MILLS SALES, INC.
MINNEAPOLIS, MN 55440 USA
© 2011 General Mills

Carbohydrate Choices: 2

3202645151

**Crunchy: Pecan Crunch**

Ingredients: Whole Grain Oats, Sugar, Canola Oil, Brown Sugar Syrup, Pecan Pieces, Yellow Corn Flour, Soy Flour, Salt, Soy Lecithin, Baking Soda, Natural Flavor. CONTAINS PECAN, SOY; MAY CONTAIN PEANUT AND ALMOND INGREDIENTS.

DISTRIBUTED BY
GENERAL MILLS SALES, INC.
MINNEAPOLIS, MN 55440 USA
© 2011 General Mills

Carbohydrate Choices: 2

3607716155

**Crunchy: Maple Brown Sugar**

Ingredients: Whole Grain Oats, Sugar, Canola Oil, Yellow Corn Flour, Soy Flour, Brown Sugar Syrup, Maple Syrup, Salt, Soy Lecithin, Baking Soda, Natural Flavor. CONTAINS SOY; MAY CONTAIN PEANUT, ALMOND AND PECAN INGREDIENTS.

DISTRIBUTED BY
GENERAL MILLS SALES, INC.
MINNEAPOLIS, MN 55440 USA
© 2011 General Mills

Carbohydrate Choices: 2

3712659155

**Crunchy: Oats n' Dark Chocolate**

Ingredients: Whole Grain Oats, Sugar, Canola Oil, Dark Chocolate Pieces (sugar, chocolate liquor, cocoa butter, soy lecithin, natural flavor, salt), Yellow Corn Flour, Honey, Soy Flour, Cocoa, Brown Sugar Syrup, Salt, Soy Lecithin, Natural Flavor, Baking Soda. CONTAINS SOY; MAY CONTAIN PEANUT, ALMOND AND PECAN INGREDIENTS.

DIST. BY GENERAL MILLS SALES, INC.
MINNEAPOLIS, MN 55440 USA
© 2012 General Mills

Carbohydrate Choices: 2

3526223103

### Crunchy: Dark Chocolate Peanut Butter

Ingredients: Whole Grain Oats, Sugar, Canola Oil, Dark Chocolate Chips (sugar, chocolate liquor, cocoa butter, soy lecithin, natural flavor, salt), Roasted Peanuts, Yellow Corn Flour, Soy Flour, Peanut Butter (peanuts, salt), Brown Sugar Syrup, Honey, Salt, Natural Flavor, Soy Lecithin, Baking Soda.
CONTAINS PEANUT, SOY; MAY CONTAIN ALMOND AND PECAN INGREDIENTS.

DIST. BY GENERAL MILLS SALES, INC.
MINNEAPOLIS, MN 55440 USA
© 2012 General Mills
Carbohydrate Choices: 2
3737140103

### Sweet & Salty Nut: Peanut

Ingredients: Roasted Peanuts, High Maltose Corn Syrup, Sugar, Whole Grain Oats, Tapioca Syrup, Palm Kernel Oil, Rice Flour, Fructose, Whole Grain Wheat, Peanut Butter (peanuts, salt), Canola Oil, Maltodextrin, Salt, Partially Defatted Peanut Flour, Soy Lecithin, Reduced Minerals Whey, Nonfat Milk, Barley Malt Extract, Honey Roasted Almond Butter (almonds, honey, maltodextrin, palm oil, mixed tocopherols), Baking Soda, Natural Flavor, Mixed Tocopherols Added to Retain Freshness.
CONTAINS PEANUT, WHEAT, MILK, SOY AND ALMOND INGREDIENTS.
DISTRIBUTED BY GENERAL MILLS SALES, INC.
MINNEAPOLIS, MN 55440 USA
© 2012 General Mills
Carbohydrate Choices: 1
3499255107

### Sweet & Salty Nut: Almond

Ingredients: Almonds, Whole Grain Oats, High Maltose Corn Syrup, Sugar, Tapioca Syrup, Rice Flour, Palm Kernel Oil, Whole Grain Wheat, Fructose, Honey Roasted Almond Butter (almonds, honey, maltodextrin, palm oil, mixed tocopherols), Canola Oil, Maltodextrin, Salt, Soy Lecithin, Reduced Minerals Whey, Nonfat Milk, Barley Malt Extract, Baking Soda, Natural Flavor, Mixed Tocopherols Added to Retain Freshness.
CONTAINS ALMOND, WHEAT, MILK AND SOY; MAY CONTAIN PEANUT INGREDIENTS.

DIST. BY GENERAL MILLS SALES, INC.
MINNEAPOLIS, MN 55440 USA
© 2012 General Mills
Carbohydrate Choices: 1½
3474653108

### Sweet & Salty Nut: Cashew

Ingredients: Cashews Roasted in Safflower Oil, Whole Grain Oats, High Maltose Corn Syrup, Sugar, Tapioca Syrup, Rice Flour, Palm Kernel Oil, Whole Grain Wheat, Fructose, Cashew Butter (cashew nuts, safflower oil), Canola Oil, Maltodextrin, Salt, Soy Lecithin, Reduced Minerals Whey, Nonfat Milk, Barley Malt Extract, Partially Defatted Peanut Flour, Baking Soda, Natural Flavor, Mixed Tocopherols Added to Retain Freshness.
CONTAINS CASHEW, WHEAT, MILK, SOY, PEANUT; MAY CONTAIN PECAN, MACADAMIA AND ALMOND INGREDIENTS.
DISTRIBUTED BY GENERAL MILLS SALES, INC.
MINNEAPOLIS, MN 55440 USA
© 2012 General Mills
Carbohydrate Choices: 1 1/2
3567974102

**Sweet & Salty Nut: Roasted Mixed Nut**

Ingredients: Roasted Peanuts, High Maltose Corn Syrup, Sugar, Whole Grain Oats, Tapioca Syrup, Palm Kernel Oil, Rice Flour, Cashews Roasted in Safflower Oil, Almonds, Fructose, Whole Grain Wheat, Canola Oil, Maltodextrin, Salt, Soy Lecithin, Reduced Minerals Whey, Nonfat Milk, Partially Defatted Peanut Flour, Honey Roasted Almond Butter (almonds, honey, maltodextrin, palm oil, mixed tocopherols), Barley Malt Extract, Cashew Butter (cashew nuts, safflower oil), Baking Soda, Natural Flavor. Mixed Tocopherols Added to Retain Freshness. CONTAINS PEANUT, CASHEW, ALMOND, WHEAT, MILK, SOY; MAY CONTAIN PECAN AND MACADAMIA INGREDIENTS.

DISTRIBUTED BY GENERAL MILLS SALES, INC. MINNEAPOLIS, MN 55440 USA
© 2012 General Mills
Carbohydrate Choices: 1 1/2
3615820102

**Sweet & Salty Nut: Dark Chocolate, Peanut, Almond**

Ingredients: Roasted Peanuts, Sugar, Corn Syrup, Whole Grain Oats, Dark Chocolate Chunks (sugar, chocolate liquor, cocoa butter, soy lecithin, natural flavor), Tapioca Syrup, Palm Kernel Oil, Rice Flour, Almonds, Whole Grain Wheat, Fructose, Cocoa, Canola Oil, Salt, Rice Maltodextrin, Soy Lecithin, Milk, Barley Malt Extract, Baking Soda, Natural Flavor, Mixed Tocopherols Added to Retain Freshness. CONTAINS PEANUT, ALMOND, WHEAT, SOY AND MILK INGREDIENTS.

DISTRIBUTED BY GENERAL MILLS SALES, INC., MINNEAPOLIS, MN 55440 USA
© 2012 General Mills
Carbohydrate Choices: 1½
3774410107

**Protein: Peanut Butter Dark Chocolate**

Ingredients: Roasted Peanuts, Soy Protein Isolate, Chicory Root Extract, Sugar, Vegetable Oils (palm kernel, palm, canola, peanut), Whey Protein Concentrate, High Maltose Corn Syrup, Cocoa, Fructose, Peanut Butter (peanuts, salt), Vegetable Glycerin, Rice Starch, Honey, Rice Maltodextrin, Salt, Soy Lecithin, Natural Flavor. CONTAINS PEANUT, SOY AND MILK INGREDIENTS.

DIST. BY GENERAL MILLS SALES, INC. MINNEAPOLIS, MN 55440 USA
© 2011 General Mills
Carbohydrate Choices: 1
3553259102

**Protein: Peanut, Almond & Dark Chocolate**

Ingredients: Roasted Peanuts, Almonds, Soy Protein Isolate, Chicory Root Extract, Sugar, Vegetable Oils (palm kernel, palm, canola), Roasted Sunflower Seeds (sunflower seeds, sunflower oil), Toasted Coconut, Whey Protein Concentrate, Tapioca Syrup, High Maltose Corn Syrup, Fructose, Cocoa, Vegetable Glycerin, Rice Starch, Rice Maltodextrin, Salt, Soy Lecithin, Dextrose, Baking Soda, Natural Flavor. CONTAINS PEANUT, ALMOND, SOY, SUNFLOWER AND MILK INGREDIENTS. DIST. BY GENERAL MILLS SALES, INC., NPLS, MN 55440 USA © 2011 General Mills
Carbohydrate Choices: 1
3854575102

**Granola Thins: Peanut Butter**

Ingredients: Whole Grain Oats, Sugar, Vegetable Oil (canola, palm kernel, palm), Roasted Peanuts, Rice Flour, High Maltose Corn Syrup, Partially Defatted Peanut Flour, Peanut Butter (peanuts), Honey, Rice Maltodextrin, Nonfat Milk, Salt, Whey, Soy Lecithin, Baking Soda, Barley Malt Extract, Natural Flavor. CONTAINS PEANUT, MILK, SOY; MAY CONTAIN EGG, ALMOND, WALNUT, PECAN, CASHEW, WHEAT, SUNFLOWER AND MACADAMIA INGREDIENTS. DISTRIBUTED BY GENERAL MILLS SALES, INC. MINNEAPOLIS, MN 55440 USA © 2012 General Mills
Carbohydrate Choices: 1/2
3382546108

**Granola Thins: Dark Chocolate**

Ingredients: Whole Grain Oats, Sugar, Vegetable Oil (canola, palm kernel, palm), Rice Flour, High Maltose Corn Syrup, Cocoa, Honey, Rice Maltodextrin, Salt, Soy Lecithin, Milk, Baking Soda, Barley Malt Extract, Natural Flavor. CONTAINS SOY, MILK; MAY CONTAIN EGG, PEANUT, ALMOND, WALNUT, PECAN, CASHEW, WHEAT, SUNFLOWER AND MACADAMIA INGREDIENTS. DISTRIBUTED BY GENERAL MILLS SALES, INC. MINNEAPOLIS, MN 55440 USA © 2012 General Mills
Carbohydrate Choices: 1
3362095108

**Granola Thins: Dark Chocolate Peanut Butter**

Ingredients: Whole Grain Oats, Sugar, Vegetable Oils (canola, palm kernel, palm), Roasted Peanuts, Rice Flour, High Maltose Corn Syrup, Cocoa. Contains 2% or less of: Peanut Flour Partially Defatted, Honey, Rice Maltodextrin, Salt, Soy Lecithin, Milk, Baking Soda, Malt Extract, Natural Flavor. CONTAINS PEANUT, SOY, MILK; MAY CONTAIN ALMOND, CASHEW, PECAN, MACADAMIA, SUNFLOWER, WHEAT AND EGG INGREDIENTS. DISTRIBUTED BY GENERAL MILLS SALES, INC. MINNEAPOLIS, MN 55440 USA © 2012 General Mills
Carbohydrate Choices: 1
3241947103

### Trail Mix: Fruit & Nut

Ingredients: Whole Grain Oats, High Maltose Corn Syrup, Raisins, Almonds, Roasted Peanuts, Sugar, Rice Flour, Chicory Root Extract, Fructose, Cranberries, Canola Oil, Maltodextrin, Vegetable Glycerin, Soy Lecithin, Salt, Barley Malt Extract, Baking Soda, Natural Flavor, Mixed Tocopherols Added to Retain Freshness.
CONTAINS ALMOND, PEANUT AND SOY; MAY CONTAIN SUNFLOWER INGREDIENTS.
DISTRIBUTED BY GENERAL MILLS SALES, INC.
MINNEAPOLIS, MN 55440 USA
© 2012 General Mills
Carbohydrate Choices: 1½
3418030102

### Trail Mix: Dark Chocolate & Nut

Ingredients: Whole Grain Oats, High Maltose Corn Syrup, Semisweet Chocolate Chunks (sugar, chocolate liquor, cocoa butter, soy lecithin, natural flavor), Roasted Peanuts, Raisins, Rice Flour, Chicory Root Extract, Sugar, Fructose, Canola Oil, Maltodextrin, Vegetable Glycerin, Soy Lecithin, Salt, Barley Malt Extract, Baking Soda, Natural Flavor, Mixed Tocopherols Added to Retain Freshness.
CONTAINS PEANUT, SOY; MAY CONTAIN ALMOND, MILK, HAZELNUT, CASHEW, WHEAT, SUNFLOWER AND MACADAMIA INGREDIENTS.
DIST. BY GENERAL MILLS SALES, INC.
MINNEAPOLIS, MN 55440 USA
© 2012 General Mills
Carbohydrate Choices: 1½
3376358110

### Trail Mix: Cranberry & Pomegranate

Ingredients: Whole Grain Oats, High Maltose Corn Syrup, Rice Crisps (rice flour, sugar, barley malt extract, salt, calcium carbonate, mixed tocopherols added to retain freshness), Sugar, Almonds, Honey, Dried Cranberries, Fructose, Canola Oil, Maltodextrin, Dried Pomegranate Arils, Soy Lecithin, Salt, Baking Soda, Natural Flavor.
CONTAINS ALMOND, SOY; MAY CONTAIN PEANUT, MILK, HAZELNUT, CASHEW, WHEAT, SUNFLOWER AND MACADAMIA INGREDIENTS.
DIST. BY General Mills Sales, Inc.
MINNEAPOLIS, MN 55440 USA
© 2012 General Mills
Carbohydrate Choices: 1½
3595319106

### Roasted Nut Crunch: Almond Crunch

Ingredients: Almonds, Roasted Peanuts, Sugar, Sunflower Seeds, Corn Syrup, Yellow Corn Flour, Salt, Corn Oil, Calcium Carbonate, Color Added. Tocopherol Added to Retain Freshness.
CONTAINS ALMOND, PEANUT AND SUNFLOWER; MAY CONTAIN SOY INGREDIENTS.
DISTRIBUTED BY GENERAL MILLS SALES, INC.
MINNEAPOLIS, MN 55440 USA
GLUTEN FREE
© 2012 General Mills
Carbohydrate Choices: 1
3602942108

Roasted Nut Crunch: Peanut Crunch

Ingredients: Roasted Peanuts, Sunflower Seeds, Sugar, Corn Syrup, Yellow Corn Flour, Salt, Corn Oil, Calcium Carbonate, Color Added. Tocopherol Added to Retain Freshness. CONTAINS PEANUT, SUNFLOWER; MAY CONTAIN ALMOND AND SOY INGREDIENTS.
DISTRIBUTED BY GENERAL MILLS SALES, INC. MINNEAPOLIS, MN 55440 USA
GLUTEN FREE
© 2012 General Mills
Carbohydrate Choices: 1
3593210108

Yogurt: Vanilla

Ingredients: Granola (whole grain oats, sugar, canola oil, fructose, salt, baking soda), Corn Syrup, Sugar, Rice Flour, Whole Grain Wheat, Honey, Palm Kernel Oil, Dextrose, Maltodextrin, Canola Oil, Yogurt Powder (nonfat milk, whey protein concentrate, cultures), Soy Lecithin, Calcium Carbonate, Nonfat Dry Milk, Barley Malt Extract, Salt, Soy Lecithin, Natural Flavor, Mixed Tocopherols Added to Retain Freshness. CONTAINS WHEAT, MILK, SOY; MAY CONTAIN PEANUT, ALMOND AND SUNFLOWER INGREDIENTS.
DISTRIBUTED BY GENERAL MILLS SALES, INC. MINNEAPOLIS, MN 55440 USA
Carbohydrate Choices: 2
3195265135

Yogurt: Strawberry

Ingredients: Granola (whole grain oats, sugar, canola oil, fructose, salt, baking soda), Corn Syrup, Sugar, Rice Flour, Whole Grain Wheat, Honey, Palm Kernel Oil, Dextrose, Maltodextrin, Canola Oil, Soy Lecithin, Yogurt Powder (nonfat milk, whey protein concentrate, cultures), Calcium Carbonate, Nonfat Dry Milk, Strawberry Powder, Barley Malt Extract, Salt, Natural Flavor, Mixed Tocopherols Added to Retain Freshness. CONTAINS WHEAT, MILK, SOY; MAY CONTAIN PEANUT, ALMOND AND SUNFLOWER INGREDIENTS.
DISTRIBUTED BY GENERAL MILLS SALES, INC. MINNEAPOLIS, MN 55440 USA
© 2012 General Mills
Carbohydrate Choices: 2
3167998135